IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GRADY GIBBONS**                                                                   **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 2:23-cv-9-TBM-RPM**

**BROOKSIDE PROPERTIES, INC.** *et al*                          **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this CASE is CLOSED.

THIS, the 8th day of January, 2025.

                                                                         TAYLOR B. McNEEL
                                                                       UNITED STATES DISTRICT JUDGE